1  MATTHEW T. DUSHOFF, ESQ.
   Nevada Bar No. 004975
2  JORDAN D. WOLFF, ESQ.
   Nevada Bar No. 014968
3  **SALTZMAN MUGAN DUSHOFF**
   1835 Village Center Circle
4  Las Vegas, Nevada 89134
   Telephone: (702) 405-8500
5  Facsimile: (702) 405-8501
   E-Mail:  mdushoff@nvbusinesslaw.com
6           jwolff@nvbusinesslaw.com

7  *Attorneys for Defendants*

8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHANA WILGAR, | CASE NO. 2:19-cv-01036-RFB-EJY |
| Plaintiff, | |
| vs. | **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| OPM LAS VEGAS CORPORATION d/b/a OISHI'S PROPERTY MANAGEMENT, a Nevada Corporation; LAWRENCE OISHI, an individual; JEANNE KANEDA, an individual; and DOE INDIVIDUALS 1 through 10, ROE BUSINESS ENTITIES 1 through 10, | |
| Defendants. | |

In accordance with this Court's Minute Order dated January 15, 2021 (Dkt. No. 44), Plaintiff Shana Wilgar ("Plaintiff") and Defendants OPM Las Vegas Corporation ("OPM"), Lawrence Oishi ("Oishi") and Jeanne Kaneda ("Kaneda" and collectively with OPM and Oishi as "Defendants"), acting through counsel, and pursuant to Federal Rule of Civil Procedure

//
//
//
//

41(a)(1)(A)(ii), hereby stipulate, in consideration of a negotiated settlement executed by them, to the dismissal of this action with prejudice, including all claims stated herein against all parties, with each party to bear its own attorney's fees and costs.

DATED this 17th day of February, 2021.

THE JIMMERSON LAW FIRM, P.C.

By: _____
JAMES J. JIMMERSON, ESQ.
Nevada Bar No. 000264
JAMES M. JIMMERSON, ESQ.
Nevada Bar No. 012559
415 South 6th Street, Suite 100
Las Vegas, Nevada 89101

*Attorneys for Plaintiff*

DATED this 9 day of February, 2021.

SALTZMAN MUGAN DUSHOFF

By: _____
MATTHEW T. DUSHOFF, ESQ.
Nevada Bar No. 004975
JORDAN D. WOLFF, ESQ.
Nevada Bar No. 014968
1835 Village Center Circle
Las Vegas, Nevada 89134

*Attorneys for Defendants*

### ORDER

This stipulation is approved. The entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED THIS  2nd  day of  March , 2021.

---

*Shana Wilgar v. OPM Las Vegas Corporation*/Case No. 2:19-cv-01036-RFB-EJY
Joint Stipulation and Order for Dismissal With Prejudice